Mark J. Friedman (VSB # 16808)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Telephone (410) 580-4153
Facsimile (410) 580-3153
mark.friedman@dlapiper.com
jodie.buchman@dlapiper.com

*Counsel to Defendant Creative Labs, Inc.*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| CIRCUIT CITY STORES, INC.*, et al.*, | ) Case No. 08-35653 (KRH) |
|  | ) (Jointly Administered) |
| Debtors, | ) |
|  | ) |
|  | ) |
|  | ) |
| CIRCUIT CITY STORES, INC. | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 09-3225-KRH |
|  | ) |
| CREATIVE LABS, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## NOTICE OF ENTRY OF APPEARANCE

The undersigned, Mark J. Friedman and Jamie M. Konn with the law firm DLA Piper

LLP (US), hereby enter their appearance as counsel of record for Defendant Creative Labs, Inc.

in the above captioned case.

Respectfully submitted,

**DLA PIPER LLP (US)**

Dated: April 12, 2010

_____/s/_____
Mark J. Friedman (VSB # 16808)
6225 Smith Avenue
Baltimore, MD 21209
Telephone (410) 580-4153
Facsimile (410) 580-3153
mark.friedman@dlapiper.com
Jamie M. Konn (VSB # 73113)
500 Eighth Street, NW
Washington, DC 20004
Telephone (202) 799-4257
Facsimile (202) 799-5257
jamie.konn@dlapiper.com

*Counsel to Defendant Creative Labs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2010, I will electronically file the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
Telephone (757) 640-3700
Facsimile (757) 640-3701
dblanks@mcguirewoods.com
dfoley@mcguirewoods.com

*Counsel for Plaintiff*

_____/s/_____
Mark J. Friedman